United States Court of Appeals
Fifth Circuit

**F I L E D**

June 7, 2005

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

————————————————

No. 05-10024

————————————————

UNITED STATES OF AMERICA

                Plaintiff - Appellee

             v.

JOHN WILLIAM STURM

                Defendant - Appellant

----------------------
Appeal from the United States District Court for the
Northern District of Texas, Wichita Falls
7:04-CR-8-ALL
----------------------

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     IT IS ORDERED that appellee's unopposed motion to vacate the

sentence is GRANTED.

     IT IS FURTHER ORDERED that appellee's unopposed motion to

remand case to the United States District Court for the Northern

District of Texas, Wichita Falls Division for resentencing is

GRANTED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.